No. 917, Misc. GIBBS *v.* ELLIS, DIRECTOR OF TEXAS DEPARTMENT OF CORRECTIONS, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 951, Misc. BOGISH *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 959, Misc. HARRIS *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 960, Misc. DAVIS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 995, Misc. ODELL *v.* BURKE. C. A. 7th Cir. Certiorari denied.

No. 450, Misc. KIERNAN *v.* NEW YORK. Petition for writ of certiorari to the Court of Appeals of New York denied without prejudice to an application for writ of habeas corpus in the appropriate United States District Court. Petitioner *pro se. Joseph F. Gagliardi* for respondent.

JUNE 20, 1960.

No. 973. REYNOLDS *v.* COCHRAN, DIRECTOR OF DIVISION OF CORRECTIONS. Certiorari, *ante,* p. 801, to the Supreme Court of Florida. The motion of the petitioner for the appointment of counsel is granted and it is ordered that *Claude Pepper, Esquire,* of Miami, Florida, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel in this case. Reported below: —— So. 2d ——.